Exhibits to Complaint

# EXHIBIT "A"

1/29/2026                                                           001

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "B"

1/29/2026 003

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "C"

1/29/2026                                                                005

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "D"

1/29/2026                                                                   007

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "E"

1/29/2026                                                                     009

Exhibits to Complaint



9:56    LTE 20⚡

< 849    +1 (912) 409-5007 ›

Thu, Aug 14 at 7:32 PM

not that i'm complaining but i'm beginning to think something wrong with that car lol they advertised it as ready to go on city auto website so it couldn't have been that bad lol

anyways - i'm giving you hell kind of ..

Not at all baby it's been detailed this afternoon. I'm just making sure the car is 100% ready to go for you.

It's ready to go first thing tomorrow morning. We need to sit down and figure out the radio and if you wanna do leather or not, so I can give you a final price, but you can pick it up first thing tomorrow morning.

hmm the seats i'm going to pass on because i really want it wrapped and red seats won't match. the radio is a diff story i may want to upgrade that which makes sense to do it while there.. there's also a place here that i totally trust to wrap it maybe we

Exhibits to Complaint

# EXHIBIT "F"

1/29/2026                                                                011

Exhibits to Complaint



**10:00** ::... 5G 21⚡

‹ 849

**+1 (912) 409-5007** ›
Wed, Sep 10 at 3:13 PM

> ricky.. what is the status of the car please. the invoice i was sent didn't even address the issues i dropped it off for.. i'm frustrated :(

I don't want that at all . I'll call you in 15 min

**IMG_3566.PNG**
PNG Image · 290 KB

> please don't take offense to any questions i'm asking lol but how is this possible.. the bouncing back and forth between dealerships.. cuz if i ever wanna sell that car that done look good on the car fax

I'm not offended at all. It went through a used car inspection when I got to my store and then when they told me the transmission was due to be serviced I sent it down to Chevy for the transmission service because I wanted to do it out of Chevy dealership if anything it shows that you're taking care of the vehicle and servicing it as it's

1/29/2026                                    012

Exhibits to Complaint

# EXHIBIT "G"

Exhibits to Complaint

10:01                                    LTE  22⚡



‹ 849                    +1 (912) 409-5007 ›              ▢

shows that you're taking care of
the vehicle and servicing,it as it's
do . Never be scared to talk to me
please and voice your opinion
communication is key .

> no honey, I'm not worried about it.
> Bouncing back-and-forth
> between the two bennett that
> makes complete sense to me
> 100% the question is more about
> how it was listed again for sale
> with the place in Tennessee on 25
> August after you purchased it
> then they listed it for sale again on
> 25 August, and then back in your
> hands

Hmmmmmmmm that I was not
aware of I will call car fax and have
it removed it will take a couple
days but I will get that handled as
well sorry I was not aware of this

                  Wed, Sep 10 at 7:14 PM

> did the car scan any codes when
> you took it this evening?

Nope none I n the engine or
transmission

Exhibits to Complaint

# EXHIBIT "H"

1/29/2026

015

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "I"

1/29/2026                                    017

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "J"

1/29/2026                                                             019

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "K"

1/29/2026                                                                021

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "L"

1/29/2026                                                                     023

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "M"

1/29/2026                                                                025

Exhibits to Complaint



Exhibits to Complaint

# EXHIBIT "N"

1/29/2026                                                                027

Exhibits to Complaint

**10:02**  5G 22

< 849

**+1 (912) 409-5007 ›**

of course it is

Ok babe will do

Thu, Oct 2 at 9:06 AM

Hey give me a call when you get up so we can make arrangements to get your car looked at and talk about refinancing

Thu, Oct 2 at 3:01 PM

hey you i'm free to chat for a few if you are

Thu, Oct 2 at 4:03 PM

Tried to call you call me back when you can

Mon, Oct 13 at 2:50 PM

when you get a second give me a call i also haven't received a license plate yet and the plate is expired

Delivered

Tue, Oct 14 at 8:10 AM

I'll call you this morning sorry I was off yesterday

1/29/2026

028

Exhibits to Complaint

# EXHIBIT "O"

Exhibits to Complaint



**NAVY FEDERAL Credit Union** — Navy Federal Credit Union, PO Box 25109, Lehigh Valley, PA 18002

**SECOND NOTICE**
10/29/25

In reply refer to:

Account Number: 43001616669004

BLAKE A SHEPHERD
1354 STIMSON ST
JACKSONVILLE FL 32205-7176

5

Year: 2017
Make: CHEVROLET
Model: CORVETTE
VIN: 1G1YF3D72H5117077
Loan Date: 08/21/25

Dear Member:

On 09/25/2025 , we sent a letter as a reminder that **we have not received your Certificate of Title or other proof of ownership reflecting Navy Federal as first lien holder.** As part of the loan agreement, please ensure that Navy Federal is reflected as first lien holder with the Department of Motor Vehicles (DMV), or its equivalent in your state, within 60 days from the date of this letter. To support you in submitting your Certificate of Title or other proof of ownership reflecting Navy Federal as first lien holder, please review the below guidance and/or visit **navyfederal.org** and in the search function type "Registration and Titling."

**If you purchased from a dealer**, the dealer may submit your title paperwork to the DMV on your behalf. Please contact the dealership to ensure that your registration is submitted to record Navy Federal as first lien holder. Our address should be listed as Navy Federal Credit Union, PO Box 25109, Lehigh Valley, PA 18002-5109.

**If you purchased from a private seller or the dealer did not submit your title paperwork on your behalf**, it is your responsibility to register the collateral in your name and record Navy Federal as first lien holder. Please take your title and a copy of your Promissory Note to the DMV and instruct them to send your lien-recorded title to Navy Federal Credit Union, PO Box 25109, Lehigh Valley, PA 18002-5109.

**If you refinanced your collateral from another financial institution**, please contact the financial institution to verify the title was mailed to Navy Federal Credit Union, PO Box 25109, Lehigh Valley, PA 18002-5109. If you received the title, please take it to the DMV to have Navy Federal added as first lien holder.

**Overseas requirements:** If the vehicle is overseas, please forward a copy of the military registration, foreign registration, copy of the bill of sale, or copy of the Manufacturer's Statement of Origin (MSO). It is critical that you email a copy to **titles@navyfederal.org** or fax it to 703-255-7975 or 703-206-4400.

**If the collateral is registered in Kentucky, Maryland, Michigan, Minnesota, Missouri, Montana, New York, or Oklahoma** and Navy Federal is listed on your title as first lien holder, please email a copy of the title to **titles@navyfederal.org** or fax it to 703-255-7975 or 703-206-4400.

Thank you for giving this matter your immediate attention. Your loan rate was originally established as a secured or collateralized loan rate. However, if we do not receive the requested documents within 60 days from the date of this letter, your loan's Annual Percentage Rate may be converted to our prevailing unsecured personal loan rate, which may result in an increase to your monthly payment. If you have already resolved this matter with Navy Federal, you may disregard this letter.

Please refer to the back of this letter for additional guidance on the title and lien recording process. If you have any questions, please call us toll-free anytime at 1-888-842-6328.

Sincerely,

Collateral Control
Consumer Lending Servicing

Federally insured by NCUA.
© 2024 Navy Federal NFCU 40165-CL-03 (3-24)

1/29/2026

030

Exhibits to Complaint

# EXHIBIT "P"

Exhibits to Complaint



### Message from Navy Federal Credit Union [Incident:260120-089257]
Confirmation #:260120-089257

| Response from Navy Federal | 01/20/2026 |
|---|---|

Thank you for contacting Navy Federal. It was a pleasure speaking with you today.

Your Vehicle Payment and APR Increased
We haven't received a Certificate of Title or other proof of ownership showing Navy Federal as the first lien holder for your loan ending in 9004. As a result, your APR has increased to 18.00% effective 12/31/2025. Beginning on 2/09/2026, your scheduled monthly payment will be $1128.26, with a final payment of $1127.64 due on 9/09/2031.

In your loan documents, you agreed to provide us with a Certificate of Title or other proof of ownership showing Navy Federal as first lien holder within 3 months of your loan date. We sent 3 letters to your address on record reminding you that not meeting this requirement could result in the changing of the loan's APR to our prevailing unsecured personal loan rate and a monthly payment increase.

The remaining terms and conditions of the Promissory Note Security Agreement and Disclosure (loan documents) remain the same, including when the final payment is due and your pledge of a security interest in the collateral to Navy Federal.

If you use automatic payments, please make any necessary adjustments to your payment amount, as late fees apply for any missed or insufficient payments.

If you want to return to your original APR and payment, AND have any additional interest you paid at the higher rate applied as a credit to your loan balance:

Take your title to the DMV as soon as possible!
If we receive your lien-recorded title within 90 days from the date of this letter, your loan will be backdated and returned to the original APR and payment. We'll apply a credit to your loan for any additional interest paid at the higher rate.

1/29/2026