**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BLAKE SHEPHERD,

    Plaintiff,

v.

BENNETT CHRYSLER-
PLYMOUTH-DODGE-JEEP, LLC,
and BENNETT CHEVROLET, INC.

    Defendants.

Case No. 3:26-cv-171-TJC-PDB

## **O R D E R**

Even in the absence of a challenge, the Court has a duty to independently evaluate subject matter jurisdiction. Arbaugh v. Y&H Corp., 546 U.S. 500, 514 (2006).[1] Under 28 U.S.C. § 1332(a), a district court's proper exercise of diversity jurisdiction requires that parties have complete diversity of citizenship and the amount in controversy exceed $75,000. See Univ. of S. Ala. v. Am. Tobacco Co., 168 F.3d 405, 410–12 (11th Cir. 1999). "[A] limited liability company is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, L.P. v. Comcast SCH Holdings LLC, 374 F.3d 1020, 1022 (11th Cir. 2004). Therefore, to sufficiently allege the citizenship of an LLC, "a party must list the

---

[1] Defendants filed a motion to dismiss, but it does not address the Court's subject matter jurisdiction. (See Doc. 27).

citizenships of all the [LLC's] members." Id.

On April 8, 2026, Plaintiff filed an Amended Complaint against two Defendants: Bennett Chrysler-Plymouth-Dodge-Jeep, LLC and Bennett Chevrolet, Inc. (Doc. 23). Defendants The Bennett Group and Ricky Crisco, named in Plaintiff's initial complaint, were terminated as parties. Plaintiff's Amended Complaint asserts that the Court has diversity jurisdiction over the case under 28 U.S.C. § 1332(a). (Id. at 3) ("Here, the Plaintiff is domiciled in Florida, and all Defendants are residents of Georgia, and/or incorporated in Georgia, and maintain their primary places of business in Georgia, so diversity jurisdiction is proper.").

The next day, the remaining Defendants filed their disclosure statement. (Doc. 26). Notably, the disclosure states that Defendant Bennett Chrysler-Plymouth-Dodge-Jeep, LLC has three members, all of whom are citizens of Florida. (Id. at 2). Because Plaintiff and Defendant Bennett Chrysler-Plymouth-Dodge-Jeep, LLC are both citizens of Florida, there is no complete diversity of citizenship between the adverse parties. The Court therefore lacks jurisdiction over the case.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. Defendants Bennett Chrysler-Plymouth-Dodge-Jeep, LLC's and Bennett Chevrolet, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim (Doc. 27) is **DENIED as moot**.

3. The Clerk should terminate the pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of May, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record

3